**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 11, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-15-00335-CV**
**NO. 14-15-00336-CV**

_____

**IN RE A.A., Relator**

___

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**309th District Court**
**Harris County, Texas**
**Trial Court Cause Nos. 2007-20638 & 2008-39339**

___

## MEMORANDUM OPINION

On April 15, 2015, relator A.A. filed two petitions for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. In the petitions, relator asks this Court to compel the Honorable Sheri Y. Dean, presiding judge of the 309th District Court of Harris County, to vacate her orders granting partial new trials on conservatorship issues regarding relator's two children.

Relator has not established that she is entitled to mandamus relief. Accordingly, we deny relator's petitions for writ of mandamus.

PER CURIAM

Panel consists of Justices Christopher, Donovan, and Brown.